IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN WHITE | : | CIVIL ACTION |
| v. | : | |
| DAVID A VARANO, et al. | : | NO. 12-4283 |

## ORDER

AND NOW, this 4th day of March, 2013, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

## ORDERED

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Petitioner's request that the habeas case be held in abeyance until the resolution of pending related state court proceedings (Doc. 4) is **GRANTED**.

3. Petitioner and Respondents shall monitor the state court proceedings and immediately notify this court upon their conclusion.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. MCLAUGHLIN, J.